NEW YORK TRUST COMPANY, trustee, &c., respondent,

*v.*

SHELBURNE, INCORPORATED, et al., appellants.

[Decided January 23d, 1933.]

*Messrs. Lindabury, Depue & Faulks,* for the respondent.

*Messrs. Thompson & Hanstein,* for the appellants.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Ingersoll, and reported in *110 N. J. Eq. 187.*

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.